**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-6335

JAMAR A. CANNON,

Plaintiff - Appellant,

v.

EDWARD HULL; PHYLLIS BACK, Major; DARRYL TURNER, Captain of Security; CAPTAIN HICKEY; D. LUBEKE; OFFICER STEPHAN; SERGEANT S. BERRY; MICHELLE LEWIS, Director of Inmate Services,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:16-cv-00359-LMB-TCB)

Submitted:  August 28, 2018                    Decided:  August 31, 2018

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jamar A. Cannon, Appellant Pro Se.  Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamar A. Cannon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cannon v. Hull*, No. 1:16-cv-00359-LMB-TCB (E.D. Va. Feb. 12, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*